1  Zachary T. Ball, Esq.
   Nevada Bar No. 8364
2  **THE BALL LAW GROUP**
   3455 Cliff Shadows Parkway
3  Suite 150
   Las Vegas, Nevada 89129
4  Telephone: (702) 303-8600
   Email: zball@balllawgroup.com
5  Attorney for *Bank of New York Mellon, as Successor to JPMorgan Chase Bank, Not Individually But Solely As Trustee for the Holder of the Bear Stearns ALT-A Trust 2005-1, Mortgage Pass-Through Certificates Series 2005-1*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ALT-A TRUST 2005-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PREMIER ONE HOLDINGS INC., a Nevada corporation; YING M. SHIH, an individual; SMM Capital LLC, a Nevada limited liability company; BIN ZHANG, an individual; AMBER HILLS II HOMEOWNERS' ASSOCIATION, INC., a Nevada non-profit corporation; ABSOLUTE COLLECTION SERVICES LLC, a Nevada limited liability company; DOE INDIVIDUALS I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:17-cv-00737-JCM-VCF<br><br>**<u>STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR RELIEF FROM A JUDGMENT AND REQUEST FOR JUDICIAL NOTICE OF MOTION FOR RELIEF FROM A JUDGMENT (ECF NOS. 53 AND 54)</u>**<br><br>**<u>(FIRST REQUEST)</u>** |

　　　　Plaintiff, BANK OF NEW YORK MELLON, AS SUCCESSOR TO JPMORGAN CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDER

OF THE BEAR STEARNS ALT-A TRUST 2005-1, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-1 ("BNYM") and Defendants, PREMIER ONE HOLDINGS, INC., SMM CAPITAL LLC, YING SHIH, and BIN ZHANG by and through their respective undersigned counsel of record, hereby stipulate and agree as follows. December 11, 2018 is the current deadline for Plaintiff to respond to Defendants, PREMIER ONE HOLDINGS, INC., SMM CAPITAL LLC, YING SHIH, and BIN ZHANG's Motion for Relief From A Judgment and Request for Judicial Notice of Motion for Relief from a Judgment (ECF Nos. 53 and 54, filed November 27, 2018, the "Motions").

The Parties stipulate and agree that Plaintiff has up to and including December 18, 2018 to respond to the Motion. The amount of time is requested given the entrance of Plaintiff's new counsel in the matter and necessary time for review of pleadings and related documents. Further, the parties submit this stipulation in good faith and not for purposes of delay.

| MORRIS LAW CENTER | THE BALL LAW GROUP |
|---|---|
| /s/ Timothy A. Wiseman, Esq.<br>By:_____<br>Sarah A. Morris, Esq.<br>Nevada Bar No. 8461<br>Timothy A. Wiseman, Esq.<br>Nevada Bar No. 13768<br>5450 W. Sahara Ave., Suite 330<br>Las Vegas, NV 89146<br>Attorneys for *Premier One Holdings, Inc., SMM Capital LLC, Ying Shih,* and *Bin Zhang* | /s/ Zachary T. Ball, Esq.<br>By:_____<br>Zachary T. Ball<br>Nevada Bar No. 8364<br>3455 Cliff Shadows Parkway<br>Suite 150<br>Las Vegas, Nevada 89129<br><br>Attorney for *Bank of New York Mellon* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 14, 2018