1  WRIGHT, FINLAY & ZAK, LLP
   Bradley T. Wibicki, Esq.
2  Nevada Bar No. 11321
   Yanxiong Li, Esq.
3  Nevada Bar No. 12807
4  7785 W. Sahara Ave., Suite 200
   Las Vegas, Nevada 89117
5  (702) 475-7964; Fax: (702) 946-1345
   yli@wrightlegal.net
6  *Attorneys for Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, not individually but solely as trustee for the holders of the Bear Stearns ALT-A Trust 2005-1, Mortgage Pass-Through Certificates, Series 2005-1*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ALT-A TRUST 2005-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1,<br><br>        Plaintiff,<br>vs.<br><br>PREMIER ONE HOLDINGS INC., a Nevada corporation; YING M. SHIH, an individual; SMM Capital LLC, a Nevada limited liability company; BIN ZHANG, an individual; AMBER HILLS II HOMEOWNERS' ASSOCIATION, INC., a Nevada non-profit corporation; ABSOLUTE COLLECTION SERVICES LLC, a Nevada limited liability company; DOE INDIVIDUALS I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>        Defendants. | Case No.: 2:17-cv-00737-JCM-VCF<br><br>**ORDER RELEASING SECURITY BOND** |

Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, not individually but solely as trustee for the holders of the Bear Stearns ALT-A Trust 2005-1, Mortgage Pass-Through Certificates, Series 2005-1 ("BONY") by and

1  through its counsel of record, Yanxiong Li, Esq., opened this case by filing a complaint on
2  March 14, 2017. BONY filed a certificate of cash deposit of $500 pursuant to NRS 18.130(1)
3  on July 11, 2017 (ECF No. 26). The Court entered a Default Judgment against Defendants
4  PREMIER ONE HOLDINGS INC.; YING M. SHIH; SMM Capital LLC; and BIN ZHANG on
5  November 28, 2017 (ECF No. 47). The Court granted the Stipulation to Dismiss Amber Hills II
6  Homeowners' Association and Absolute Collection Services, LLC on June 5, 2018 (ECF No.
7  50).

IT IS ORDERED that the $500 deposit, plus interest, be refunded in accordance with the certificate of cash deposit, ECF No. 26, to:

>    WRIGHT, FINLAY & ZAK, LLP
>    7785 W. Sahara Ave., Suite 200
>    Las Vegas, NV 89117

unless a party objects to this order by no later than 10 days.

Dated March 16, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE